UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                            )
                                                  )
REYNOLDS, DANIEL JON            )       CASE NO. 09-00793-BHL-7A
REYNOLDS, AMANDA JO            )
                                                  )
           Debtors.                        )

## MOTION TO SELL

Comes now Thomas A. Krudy, the Chapter 7 trustee herein, by counsel, Paul D. Gresk, and in support of this motion makes the following showing:

1)   That the debtors filed for relief from their debts pursuant to Chapter 7 of the U.S. Bankruptcy Code on January 28, 2009.

2)   That Thomas A. Krudy is the duly appointed Chapter 7 trustee of this bankruptcy proceeding.

3)   That on the date of this bankruptcy filing the debtors had nonexempt business assets, i.e. various tools, equipment, trailers, etc., that were considered property of the estate pursuant to 11 U.S.C. 541 and therefore, subject to turn over.

4)   That this Court has issued an order authorizing the employment of Earl's Auction Company and Liquidators to conduct a public auction of the business assets that are the subject to this motion.

5)   That the Chapter 7 trustee seeks authority to have a public auction of the business assets conducted and authority to execute any document that is necessary to convey title to the purchaser of each item.

WHREREFORE, Thomas A. Krudy, the Chapter 7 trustee of this bankruptcy proceeding, seeks authority from this Court that will authorize him to sell, at public auction the debtors business assets that have been turned over to him and for authority to execute any document that is necessary to convey title to the purchaser of any item sold.

Respectfully submitted,

/S/ Paul D. Gresk
Paul D. Gresk, Counsel for the
Chapter 7 trustee
GRESK & SINGLETON, LLP
150 East 10th Street
Indianapolis, Indiana 46204
Phone: (317)237-2913
Fax: (317)237-7912
Email: bankruptcy@gslawindy.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served upon the below named parties by either U.S. mail, postage prepaid and/or electronic mail on the date upon filing with the United States Bankruptcy Court.

John T. McManus
jtmlaw@hotmail.com

/s/ Paul D. Gresk
Paul D. Gresk